| | |
|---|---|
| 1 | MICHAEL J. IOANNOU (SBN 95208) |
| | LITA M. VERRIER (SBN 118183) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 80 North First Street |
| 3 | San Jose, CA  95113 |
| | Telephone:  (408) 287-6262 |
| 4 | Facsimile:  (408) 918-4501 |
| 5 | Attorneys for Plaintiff |
| | HCL TECHNOLOGIES (ILLINOIS), INC. formerly |
| 6 | known as HCL ENTERPRISE SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HCL TECHNOLOGIES (ILLINOIS), INC., formerly known as HCL ENTERPRISE SOLUTIONS, INC., a Delaware corporation, <br><br>Plaintiff, <br><br>v. <br><br>INSEVO, INC., a California corporation, formerly known as TAVIZ TECHNOLOGY, INC., a California corporation; BORDEAUX ACQUISITION CORPORATION, d/b/a SMARTDB CORPORATION, a Delaware corporation; and NOVUS VENTURES II, LP, a California partnership, <br><br>Defendants. | CASE NO.  C-04-02236 WHA <br><br>~~[PROPOSED]~~ SUPPLEMENTAL ORDER DIRECTING SERVICE OF SUMMONS ON INSEVO, INC. BY DELIVERY OF PROCESS TO THE SECRETARY OF STATE OF CALIFORNIA <br><br>The Honorable William H. Alsup |

In reference to the Order issued by the Court on May 18, 2005 granting Plaintiff HCL Technologies (Illinois), Inc.'s ex parte Application and Motion to vacate and set aside the Clerk's Entry of Default against Insevo, Inc., formerly known as Taviz Technology, Inc.,

IT IS HEREBY FURTHER ORDERED that:

Plaintiff may effect service of process upon Defendant Insevo, Inc., formerly known as Taviz Technology, Inc., by personally serving the California Secretary of State with the

1  Summons and First Amended Complaint, pursuant to California Corporations Code section
2  1702(a). Service of process to be effected by __June 14, 2005__, 2005, and the Proof of
3  Service filed no later than __June 14, 2005__, 2005.
4  Dated: __June 8, 2005__

[IT IS SO ORDERED — Judge William Alsup seal/signature]

_____
WILLIAM H. ALSUP
JUDGE, UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Supp. Order Directing Service of
Summons and Complaint on Calif. Sec. Of State -
Case No. C-04-02236 WHA

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose