IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HCL TECHN0LOGIES (ILLINOIS), INC., fka HCL Enterprise Solutions, Inc., a Delaware corporation,

    Plaintiff,

  v.

INSEVO, INC., a California corporation, fka TAVIZ TECHNOLOGY, INC., a California corporation, and NOVUS VENTURES II, LP, a California partnership,

    Defendants.
_____/

No. C 04-02236 WHA

**RULE 16 ORDER**

    As stated at the July 7 hearing, plaintiff must request entry of default by **JULY 19** and move for default judgment by **AUGUST 18, 2005**.

    **IT IS SO ORDERED.**

Dated: July 7, 2005.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE